*Leon O'Quin* and *H. C. Walker, Jr.*, for petitioner. *Mr. Frank J. Looney* for respondents.

No. 776. WHEELOCK ET AL., RECEIVERS, *v.* NORTON, ADMINISTRATRIX. May 5, 1930. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Ralph T. Finley, James C. Jones, Lon O. Hocker, Frank H. Sullivan, James C. Jones, Jr.*, and *Silas H. Strawn* for petitioners. *Mr. David W. Hill* for respondent.

No. 778. THOMPSON ET AL. *v.* HOUSTON OIL CO. ET AL. May 5, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William D. Gordon* for petitioners. No appearance for respondents.

No. 779. GUILE ET AL. *v.* STATLER. May 5, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Silas B. Axtell* for petitioners. *Messrs. Charles R. Hickox* and *Edwin S. Murphy* for respondent.

No. 697. ESCHER, ADMINISTRATOR, ET AL. *v.* UNITED STATES. May 5, 1930. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Spier Whitaker, Lawrence A. Baker, Lyttleton Fox*, and *Henry Ravenel* for petitioners. *Solicitor General Thacher, Assistant Attorney General Rugg*, and *Mr. Claude R. Branch* for the United States.